UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BENJAMIN F. ELLIS, | No. 3:12-CV-04278 EMC  (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| J. MARTINEZ, | |
| Defendant. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of BENJAMIN F. ELLIS, inmate no. P-16230, presently in custody at California Medical Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 27, 2014

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, California Medical Facility

GREETINGS

WE COMMAND that you have and produce the body of BENJAMIN F. ELLIS, inmate no. P-16230, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 am. on June 17, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of ELLIS v. MARTINEZ, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:   May 27, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
       Administrative Law Clerk

Dated: May 27, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge



**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BENJAMIN F. ELLIS, | No. 3:12-CV-04278 EMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| J. MARTINEZ, | |
| Defendant. | |

    I, the undersigned, hereby certify that on May 27, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Benjamin F. Ellis
P-16230
California Medical Facility
P.O. Box 2500
H-1-101
Vacaville, CA 95687-2500

Litigation Coordinator
California Medical Facility
P.O. Box 2000
Vacaville, CA  95696-2000

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas