United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. ELLIS,

    Plaintiff,

  v.

J. MARTINEZ,

    Defendant.

Case No.  12-cv-04278-EMC   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on June 17, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Pro Se

    (   )  Warden or warden's representative

    ( X)  Office of the California Attorney General, Virginia Pappan

    ( X )  Other:  California Department of Corrections and Rehabilitation, Mike Davis

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X)  The case has been completely settled.  A telephonic status conference is set for July 22, 2014 at 1:00. Defense counsel shall facilitate Plaintiff's telephonic appearance.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( ) The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: June 25, 2014

4   _____
    NANDOR J. VADAS
5   United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN F. ELLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MARTINEZ,<br><br>　　　　Defendant. | Case No.  12-cv-04278-EMC   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 6/25/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin F. Ellis
California Medical Facility
P.O. Box 2500
H-1-101
Vacaville, CA 95687-2500


Dated: 6/25/2014


　　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　　*signature: Gloria Knudson*

　　　　　　　　　　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS

3