UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BENJAMIN F. ELLIS, | No. 3:12-CV-04278 EMC (NJV) |
| Plaintiff, | ORDER REQUIRING STATUS REPORT |
| v. | |
| J. MARTINEZ, | |
| Defendant. / | |

The court conducted a settlement conference in this case on June 17, 2014, at which the case was settled. Accordingly, Defense Counsel shall file a status report no later than September 10, 2014, informing the court as to the progress implementing the settlement in this case. Defense Counsel shall specifically inform the court of when she expects to be able to file a stipulation for dismissal of this action.

Dated: September 5, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BENJAMIN F. ELLIS, | No. 3:12-CV-04278 EMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| J. MARTINEZ, | |
| Defendant._____/ | |

I, the undersigned, hereby certify that on September 5, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Benjamin F. Ellis
P-16230
California Medical Facility
P.O. Box 2500
H-1-101
Vacaville, CA 95687-2500

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2