KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
VIRGINIA I. PAPAN
Deputy Attorney General
State Bar No. 143659
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5956
  Facsimile: (415) 703-5843
*Attorneys for Defendant J. Martinez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN ELLIS,<br><br>                Plaintiff,<br><br>v.<br><br>J. MARTINEZ,<br><br>                Defendant. | Case No. CV 12-4278 EMC (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

    Plaintiff Benjamin Ellis and Defendant J. Martinez have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Each party shall bear its own litigation costs and attorney's fees.

    It is so stipulated.

Dated: 6-17-14

BENJAMIN ELLIS, PRO SE PLAINTIFF

Dated: 6-17-14

VIRGINIA I. PAPAN
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendant J. MARTINEZ*

1

1  In accordance with the parties' stipulation, this action is dismissed with prejudice. The
2  Clerk of the Court shall close the file. **IT IS SO ORDERED.**

4  Dated: 9/9/14

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

IT IS SO ORDERED
Judge Edward M. Chen

SF2013205734
40987823.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (CV 12-4278 EMC (PR))

# CERTIFICATE OF SERVICE

Case Name:  **Ellis v. Martinez**          Case No.   **CV 12-4278 EMC (PR)**

I hereby certify that on September 5, 2014, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 5, 2014, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participant:

Benjamin F. Ellis
P-16230
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA  93960-1050
Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 5, 2014, at San Francisco, California.

|  M. Xiang  |  /s/ M. Xiang  |
|---|---|
| Declarant | Signature |

41071538.doc